IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                                              )
                                                                    )
JOHN AND DEANNA WILLIAMS          )    CASE NO. 22-10185 JDL
                                                                    )    CHAPTER 13
            DEBTOR                                       )

## AMENDED CHAPTER 13 PLAN

COME NOW Debtors and submit their Amended Chapter 13 Plan.

## CERTIFICATE OF SERVICE

Undersigned certifies that on 4-11-2022, the foregoing document was served, via United States Mail, First Class and postage pre-paid, and properly addressed to the following:

All creditors on the attached amended mailing matrix

Respectfully submitted:

S/ MIKE ROSE
MICHAEL J ROSE PC
Michael J. Rose, OBA#15523
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
michaeljrosepc@gmail.com
ATTORNEY FOR DEBTOR(S)

1

```
Label Matrix for local noticing        Deutsche Bank National Trust Company, as Tru   Nationstar Mortgage LLC d/b/a Mr. Cooper
1087-5                                 c/o Kivell, Rayment and Francis, PC            PO Box 619096
Case 22-10185                          Adam Fiegel                                    Dallas, TX 75261-9096
Western District of Oklahoma           7666 East 61st Street, Suite 550
Oklahoma City                          Tulsa, OK 74133-1199
Wed Feb 16 08:58:26 CST 2022

USBC Western District of Oklahoma      (p)INTERNAL REVENUE SERVICE                    (p)NATIONSTAR MORTGAGE LLC
215 Dean A. McGee                      CENTRALIZED INSOLVENCY OPERATIONS              PO BOX 619096
Oklahoma City, OK 73102-3426           PO BOX 7346                                    DALLAS TX 75261-9096
                                       PHILADELPHIA PA 19101-7346


Navient                                Navient Solutions, LLC on behalf of            Ocwen Loan Servicing, LLC
Attn: Bankruptcy                       Ascendium Education Solutions, Inc.            1661 Worthington Road
Po Box 9640                            PO Box 8961                                    Suite 100
Wilkes-Barre PA 18773-9640             Madison, WI 53708-8961                         West Palm Beach FL 33409-6493


(p)OKLAHOMA TAX COMMISSION             Select Portfolio Servicing, Inc                Shellpoint Mortgage Servicing
GENERAL COUNSEL S OFFICE               Attn: Bankruptcy                               Attn: Bankruptcy
100 N BROADWAY AVE SUITE 1500          Po Box 65250                                   Po Box 10826
OKLAHOMA CITY OK 73102-8601            Salt Lake City UT 84165-0250                   Greenville SC 29603-0826


(p)UNITED STATES ATTORNEY'S OFFICE     US Bank Trust National Association             United States Trustee
210 PARK AVE SUITE 400                 C/O Lamun Mock Cunnyngham & Davis              United States Trustee
OKLAHOMA CITY OK 73102-5628            5613 N Classen Blvd                            215 Dean A. McGee Ave., 4th Floor
                                       Oklahoma City OK 73118-4015                    Oklahoma City, OK 73102-3479


DeAnna Louise Williams                 John Henry Williams                            John T. Hardeman
3320 Norcrest Drive                    3320 Norcrest Drive                            PO Box 1948
Oklahoma City, OK 73121-1840           Oklahoma City, OK 73121-1840                   Oklahoma City, OK 73101-1948


Mike J Rose
101 Perimeter Center Drive
Suite 120
Oklahoma City, OK 73112-2309
```

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service               Nationstar Mortgage                            Oklahoma Tax Commission
PO Box 745                             350 Hiland Dr.                                 Attn: Bankruptcy Division
District Director                      Lewisville TX 75067                            120 N Robinson Ste 2000
Chicago IL 60690                                                                      Oklahoma City OK 73102


US Attorney's Office/Oklahoma
210 Park Ave., #400
Oklahoma City OK 73102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Deutsche Bank National Trust Company, as T
c/o Kivell, Rayment and Francis, PC
Adam Fiegel
7666 East 61st Street, Suite 550
Tulsa, OK 74133-1199

(u)The Bank of New York Mellon Trust Company,

(u)U.S. Bank N.A., as Trustee for the regist

End of Label Matrix
Mailable recipients    18
Bypassed recipients     3
Total                  21

**United States Bankruptcy Court**
**Western District of Oklahoma**

In re JOHN AND DEANNA WILLIAMS                                                Case No. 22-10185

## CHAPTER 13 PLAN

☑ Check if this is an amended plan

1. **NOTICES:**

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under any plan.

| | Yes | No |
|---|---|---|
| The plan contains nonstandard provisions set out in Section 10. | ☐ | ☒ |
| The plan limits the amount of a secured claim based on a valuation of the collateral in accordance with Section 5.C.(2)(b). | ☒ | ☐ |
| The plan avoids a security interest or lien in accordance with Section 9. | ☐ | ☒ |

2. **PAYMENTS TO THE TRUSTEE:** The Debtor (or the Debtor's employer) shall pay to the Trustee the sum of $1,000.00 per month for 2 months. If the plan payment structure is in the form of step payments, the payment structure is indicated below. Plan payments to the Trustee shall commence on or before 30 days after the Chapter 13 Petition is filed. The Debtor shall turn over such additional funds as required by law and/or any Court Order.

   Step payments: $4,000.00 per month for 4 months, then $16,000.00 per month for 54 months.

   Minimum total of plan payments: $874,000.00

   The Debtor intends to pay plan payments:
   ☒ Direct or
   ☐ By wage deduction from employer of: ☐ Debtor
   ☐ Joint Debtor

   Debtor's Pay Frequency: ☐ Monthly ☐ Semi-monthly (24 times per year) ☐ Bi-weekly (26 times per year) ☐ Weekly ☐ Other

   Joint Debtor's Pay Frequency: ☐ Monthly ☐ Semi-monthly (24 times per year) ☐ Bi-weekly (26 times per year) ☐ Weekly ☐ Other

3. **PLAN LENGTH:** This plan is a 60 month plan.

4. **GENERAL PROVISIONS:**

   a. As used herein, the term "Debtor" shall include both Debtors in a joint case.

   b. Student loans are non-dischargeable unless determined in an adversary proceeding to constitute an undue hardship under 11 U.S.C. §523(a)(8).

c. The Trustee will make no disbursements to any creditor until an allowed proof of claim has been filed. In the case of a secured claim, the party filing the claim must attach proper proof of perfection of its security interest as a condition of payment by the Trustee.

d. Creditors not advising the Trustee of address changes may be deemed to have abandoned their claims.

e. All property shall remain property of the estate and shall vest in the Debtor only upon dismissal, discharge, conversion or other specific Order of the Court. The Debtor shall be responsible for the preservation and protection of all property of the estate not transferred to and in the actual possession of the Trustee.

f. The debtor is prohibited from incurring any debts except such debts approved pursuant to the Court's directives or as necessary for medical or hospital care.

## 5. DISBURSEMENTS TO BE MADE BY TRUSTEE:

### A. ADMINISTRATIVE EXPENSES:
(1) Estimated Trustee's Fee:    10    %
(2) Attorney's Fee (unpaid portion):    $ fee applic    to be paid through plan in monthly payments
(3) Filing Fee (unpaid portion):    $ NA

### B. PRIORITY CLAIMS UNDER 11 U.S.C. § 507:

**(1) DOMESTIC SUPPORT OBLIGATIONS:**

(a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

(b) The name(s) of the holder(s) of any domestic support obligation are as follows:

None

(c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as secured claims. Any allowed claim for a domestic support obligation that remains payable to the original creditor shall be paid in full pursuant to the filed claim, unless limited by separate Court Order or filed Stipulation.

☐ Arrearage shall be paid through wage assignment, pursuant to previous Order entered by a non-bankruptcy Court.

☐ Arrearage shall be paid in full through the plan.

| Name | Estimated arrearage claim | Projected monthly arrearage payment in plan |
|---|---|---|
| NA | $ | $ |
|  | $ | $ |

(d) Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit, and shall be paid as follows:

| Claimant and proposed treatment: | NA |
|---|---|

**(2) OTHER PRIORITY CLAIMS:**

(a) Pre-petition and/or post-petition priority tax claims shall be paid in full pursuant to the filed claim unless limited by separate Court Order or filed Stipulation.

| Name | Estimated Claim |
|---|---|
| IRS | $9,905.00 |
| OTC | $41,310.65 |

(b) All other holders of priority claims listed below shall be paid in full as follows:

| Name | Amount of Claim |
|---|---|
| NA | $ |
|  | $ |

C. **SECURED CLAIMS:**

**(1) PRE-CONFIRMATION ADEQUATE PROTECTION:** Pre-confirmation adequate protection payments to the following Creditors holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not be paid until the Creditor files a proof of claim, with proper proof of security attached.

| Name | Collateral Description | Pre-Confirmation Monthly Payment |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |

**(2) SECURED DEBTS WHICH WILL NOT EXTEND BEYOND THE LENGTH OF THE PLAN:**

**(a) SECURED CLAIMS NOT SUBJECT TO VALUATION:** Secured creditors with a purchase money security interest securing a debt either incurred within the 910-day period preceding the filing of the bankruptcy petition where the collateral is a motor vehicle acquired for personal use, or incurred within the 1-year period preceding the bankruptcy petition where the collateral is any other thing of value, shall be paid in full with interest at the rate stated below. The amount stated on an allowed proof of claim controls over any contrary amount listed below.

| Name | Collateral Description | Estimated Amount of Claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| VAC M20 Fund / Shellpoint | 1309 NE 45th Street | $9,209.54 | $ pro rata | 4.5 % |
| IRS | tax lien | $161,372.39 | $ pro rata | 4.5 % |
| OTC | tax lien | $3,843.97 | $ pro rata | 4.5 % |

**(b) SECURED CLAIMS SUBJECT TO VALUATION:** All other secured creditors, except secured tax creditors, shall be paid the proposed secured value with interest in the amounts stated below. To the extent the proposed secured value exceeds the secured claim, only the claim amount, plus interest shall be paid. Secured tax claims shall be paid as filed unless limited by separate Court Order.
NOTE: The valuation of real estate requires the filing of a motion to determine value and the entry of a separate Court Order before any proposed secured value of real estate stated below may be approved.

| Name | Collateral Description | Proposed Secured Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Nationstar Mortgage / BNYM | 1500 McDonald Drive | $66,000.00 | $ pro rata | 4.5 % |
| Nationstar Mortgage / BNYM | 10018 Isaac Drive | $87,000.00 | $ pro rata | 4.5 % |
| US Bank National Trust Assn | 1619 Downing Street | $100,000.00 | $ pro rata | 4.5 % |
| Select Portfolio Service | 1416 NE 44th St | $52,500.00 | $ pro rata | 4.5 % |

**(3) DEBTS SECURED BY PRINCIPAL RESIDENCE WHICH WILL EXTEND BEYOND THE LENGTH OF THE PLAN (LONG-TERM DEBTS):**

| Name | Collateral Description | *Monthly Ongoing Pymt | *1st Post-petition Payment | *Estimated Amt of Arrearage | Interest On Arrearage |
|---|---|---|---|---|---|
| NRZ | 3320 Norcrest Drive | $1373.00 | $ month 3 | $3,301.54 | 4.5 % |
|  |  | $ | $ | $ | % |
|  |  | $ | $ | $ | % |

*The "1st post-petition payment" is the monthly ongoing mortgage payment which comes due between the petition date and the due date of the first plan payment. The arrearage amounts, monthly ongoing payment, and 1st post-petition payment are estimated and will be paid

according to the amount stated on the claim unless objected to and limited by separate Court Order. The interest rate to be paid on the arrearage and the 1st post-petition payment is reflected above.

**(4) OTHER SECURED DEBTS WHICH WILL EXTEND BEYOND THE LENGTH OF THE PLAN (LONG-TERM DEBTS):**

| Name | Collateral Description | *Monthly Ongoing Pymt | *1st Post-petition Payment | *Estimated Amt of Arrearage | Interest On Arrearage |
|---|---|---|---|---|---|
| OCWEN / BNYM | 3104 N Coltrane | $656.92 | $ month 3 | $1,490.17 | 4.5 % |
| OCWEN / BNYM | 4801 Coble Street | $590.81 | $ month 3 | $1,490.17 | 4.5 % |
| US Bank | 3204 N Bryant | $830.46 | $ month 3 | $2,025.63 | 4.5 % |
| Select Portfolio Serv | 1808 Hardin Drive | $300.25 | $ month 3 | $13,997.00 | 4.5 % |
| Select Portfolio Serv | 2601 N Bryant | $490.00 | $ month 3 | $1,184.60 | 4.5 % |

\* The "1st post-petition payment" is the monthly ongoing payment which comes due between the petition date and the due date of the first plan payment. The arrearage amounts, monthly ongoing payment, and 1st post-petition payment are estimated and will be paid according to the amount stated on the claim unless objected to and limited by separate Court Order. The interest rate to be paid on the arrearage and the 1st post-petition payment is reflected above.

**D. UNSECURED CLAIMS:**

(1) Special Nonpriority Unsecured claims shall be paid in full plus interest at the rate stated below, as follows:

| Name | Amount of Claim | Interest Rate |
|---|---|---|
| NA | $ | % |
| | $ | % |
| | $ | % |

(2) General Nonpriority Unsecured: Other unsecured creditors shall be paid pro-rata approximately 0 percent, unless the plan guarantees a set dividend as follows:

Guaranteed dividend to non-priority unsecured creditors: 0 .

**6. DIRECT PAYMENTS BY DEBTOR:** The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Collateral Description if Applicable |
|---|---|---|---|
| | $ | $ | |
| | $ | $ | |
| | $ | $ | |

NOTE: Direct payment will be allowed only if the debtor is current on the obligation, the last payment on the obligation comes due after the last payment under this plan, and no unfair preference is created by the direct payment.

**7. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** The plan rejects all executory contracts and unexpired leases, except as follows:

| Name | Description of Contract or Lease |
|---|---|
| NA | |

**8. SURRENDERED PROPERTY:** The following property is to be surrendered to the secured creditor, with a deficiency allowed, unless specified otherwise. The Debtor requests the automatic stay be terminated as to the surrendered collateral upon entry of Order Confirming Plan or other Order of the Court.

| Name | Amount of Claim | Collateral Description |
|---|---|---|
| NA | $ | |

9. **LIEN AVOIDANCE:** No lien will be avoided by the confirmation of this plan. Liens may be avoided only by separate Court Order, upon proper Motion including reasonable notice and opportunity for hearing.

Liens Debtor intends to avoid:

| Name | Amount of Claim | Description of Property |
|---|---|---|
| NA | $ | |
| | $ | |
| | $ | |
| | $ | |

10. **NONSTANDARD PLAN PROVISIONS:** Any nonstandard provision placed elsewhere in this plan is void.

☑ By checking this box certification is made by the Debtor, if not represented by an attorney, or the Attorney for Debtor, that the plan contains no nonstandard provision other than those set out in this paragraph.

Date  4/11/2022                    Signature  S/ John Henry Williams Jr.
                                              Debtor

Date  4/11/2022                    Signature  S/ DeAnna Louise Williams
                                              Joint Debtor

S/ Michael J Rose
Attorney Signature
Michael J Rose
Attorney Name
15523
Bar Number
4101 Perimeter Center Dr Ste 120
Address
Oklahoma City, OK 73112
City, State, Postal Code
(405) 605-3757
Telephone Number
(405) 605-3758
Fax Number
michaeljrosepc@gmail.com
Email Address
Attorney for Debtor(s)